

DANIEL J. PORTER
DISTRICT ATTORNEY
GWINNETT JUSTICE & ADMINISTRATION CENTER
75 LANGLEY DR.
LAWRENCEVILLE, GA 30046

1:14-CV-1837

Howard Alan Graber
9925 Haynes Bridge Road
# 200 - 133
ALPHARETTA, GA 30022

IN THE SUPERIOR COURT OF GWINNETT COUNTY
STATE OF GEORGIA

TO: HOWARD ALAN GRABER                    INDICTMENT NO.:   12-B-2287-10

NOTICE OF TRIAL

You are hereby advised that your case will be called for trial **Wednesday, June 18, 2014, 9:00 AM** at the Gwinnett Justice & Administration Center Courtroom **3E** before the Honorable **Warren Davis** and you are required to be personally present. If you fail to appear, the court will forfeit your bond and you will be subject to being re-arrested.

This 4th day of June, 2014.

DISTRICT ATTORNEY AND CLERK OF SUPERIOR COURT
GWINNETT JUSTICE & ADMINISTRATION CENTER
75 LANGLEY DR.
LAWRENCEVILLE, GA 30046
PHONE: (770) 822-8400

TRIAL NOTICE – DEFENDANT

Calendar Call will be at **Wednesday, June 18, 2014, 9:00 AM**. All Attorneys and Defendants must appear at this time. Any case not disposed by guilty plea on that date will be subject to being called for jury trial on date(s) and time(s) listed below, and all Attorneys and Defendants must appear at that time.

| Event | Date/Time | Judge | Court Room |
|---|---|---|---|
| Trial Week | 6/30/2014  9:00 AM | Warren Davis | 1B |
| Trial Week 2 | 7/7/2014  9:00 AM | Warren Davis | 3E |

THIS NOTICE IS IN ADDITION TO AND DOES NOT SUPERSEDE PRIOR NOTIFICATION TO APPEAR FOR TRIAL.

*IF THIS CASE HAS BEEN DISPOSED PRIOR TO YOUR RECEIPT OF THIS NOTICE, PLEASE DISREGARD.*

*Now Available! Check the status of your case from your personal computer or smart phone at www.gwinnettdistrictattorney.com by selecting "Search Case Information" off of the menu tree.*